UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MYERS,<br><br>        Plaintiff,<br><br>vs.<br><br>SHERIFF DOUGLAS GILLESPIE, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-0601-PMP-NJK<br><br>**ORDER** |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On July 1, 2013, the Court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint in thirty days. (ECF No. 4). Plaintiff's amended complaint was due on August 1, 2013. On July 8, 2013, the copy of the order and forms mailed to plaintiff at his last known address was returned as undeliverable. Plaintiff has not informed the Court of any change of address as required by the local rules of practice. *See* LRS 2-2.

The allotted time has elapsed and plaintiff has not filed an amended complaint, and he has not responded in any manner to the Court's orders. Therefore, plaintiff's action shall be dismissed.

IT IS THEREFORE ORDERED that the complaint and this action are dismissed. Any appeal of this order would not be taken in good faith. The Clerk shall enter judgment accordingly.

DATED: August 16, 2013.

_____
UNITED STATES DISTRICT JUDGE